**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DR. JOSEPH URA, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | NO. 4:23-cv-2934 |
| | § | |
| TEXAS A&M UNIVERSITY, | § | |
| *Defendant.* | § | |

---

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

TO THE HONORABLE U.S. DISTRICT JUDGE ANDREW S. HANEN:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through their undersigned counsel, hereby stipulate that Plaintiff's claim against Defendant Texas A&M University, arising under Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C. § 2000e, *et seq.*), is dismissed with prejudice. Accordingly, the Parties stipulate this matter is dismissed with prejudice, and request the Court enter the Order dismissing this matter submitted with this stipulation.

Respectfully submitted.

*/s/ Riley Carter*
Riley Carter
Rob Wiley, P.C.
2613 Thomas Avenue
Dallas, Texas 75205
 (214) 528-6500
rcarter@robwiley.com
**COUNSEL FOR PLAINTIFF**

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ *Joseph Keeney*
JOSEPH KEENEY
State Bar No. 24082616
Southern District ID No. 3850268
Assistant Attorneys General
GENERAL LITIGATION DIVISION
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone (512) 475-4090
Facsimile: (512) 320-0667
joseph.keeney@oag.texas.gov
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on March 31, 2025, a copy of the above *Joint Stipulation of Voluntary Dismissal with Prejudice w*as electronically filed using the Court's CM/ECF system, which will send notification of such filing to all counsel of record:

*/s/ Joseph Keeney*
JOSEPH KEENEY