# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DR. JOSEPH URA, *Plaintiff*, | § § § | |
| v. | § § | NO. 4:23-cv-2934 |
| TEXAS A&M UNIVERSITY, *Defendant.* | § § § | |

## ORDER GRANTING JOINT STIPULATION
## OF VOLUNTARY DISMISSAL WITH PREJUDICE

BE IT REMEMBERED that on this day the Court considered the Joint Stipulation of Voluntary Dismissal with Prejudice (the "Joint Stipulation"), filed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

After due consideration of the Joint Stipulation, the Court has found it meritorious. Therefore, the Joint Stipulation of Voluntary Dismissal with Prejudice is hereby APPROVED.

It is therefore, **ORDERED** Plaintiff's claims against Defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

SO ORDERED.

SIGNED on _____, 2025.

_____
HON. ANDREW HANEN
UNITED STATES. DISTRICT JUDGE